# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Kofi N. Premoh, | ) |
| Plaintiff, | ) Case No. 1:15-CV-265 |
| vs. | ) |
| City of Cincinnati, et al., | ) |
| Defendant. | ) |

## O R D E R

Having reviewed Magistrate Judge Litkovitz's Report and Recommendation of February 4, 2016 (Doc. No. 29) de novo pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees that Plaintiff's motion for a preliminary injunction (Doc. No. 2) should be denied. Most notably, as Magistrate Judge Litkovitz found, Plaintiff will not suffer an irreparable injury if an injunction is not issued.

Accordingly, Plaintiff's objections to Magistrate Judge Litkovitz's Report and Recommendation (Doc. No. 31) are not well-taken and are **OVERRULED.** The Court **ADOPTS** the Report and Recommendation. Plaintiff's motion for a preliminary injunction (Doc. No. 2) is not well-taken and is **DENIED.**

**IT IS SO ORDERED**

Date April 18, 2016

                                                                                    s/Sandra S. Beckwith
                                                                                      Sandra S. Beckwith
                                                              Senior United States District Judge