# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Kofi N. Premoh,
    Plaintiff

v.                               Case No. 1:15-cv-265

City of Cincinnati, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 13, 2016 (Doc. 34).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The claims against defendant Hartung in his individual capacity are **DISMISSED** pursuant to Fed.R.Civ.P. 25(a)(1). That the motion to dismiss by defendants Crawford, Schriewer, and the City of Cincinnati is **GRANTED**. The claims against defendants Crawford, Schriewer, and the City of Cincinnati under 42 U.S.C. § 1983 are **DISMISSED** pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim to relief. The Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c)(3) over plaintiff's claims brought under state law against defendants Crawford, Schriewer, and the City of Cincinnati.

This case is closed.

Date: June 6, 2016                                             s/Sandra S. Beckwith
                                                               Sandra S. Beckwith, Senior Judge
                                                               United States District Court